Jason Wilson-Aguilar
Chapter 13 Bankruptcy Trustee
600 University St. #1300
Seattle, WA 98101
www.seattlech13.com

| Western District of Washington, Seattle | **Clerk Memo**<br>*July 29, 2020* | Phone: (206) 624-5124<br>Fax: (206) 624-5282 |
|---|---|---|

**IN RE:**  Chapter 13 Case # 17-15502

Michael James Wood, Jr.  Deb 1 SSN: XXX-XX-2974
Becky Ann Wood  Deb 2 SSN: XXX-XX-0983
1321 Cleveland Ave
Mount Vernon, WA 98273

**Regarding: Report of Unclaimed Funds**

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court pursuant to 11 U.S.C. § 347(a) and Federal Rules of Bankruptcy Procedure 3010 and 3011.

| Refund to Debtor<br>Address Above | Check Number : 3446308 |
|---|---|
| | **Amount:** $5,787.49 |

Sincerely,

*[signature]*

Jason Wilson-Aguilar, Trustee
Dated: 07/29/2020

Jason Wilson-Aguilar
Chapter 13 Bankruptcy Trustee
600 University St. #1300
Seattle, WA 98101
www.seattlech13.com

Western District of Washington, Seattle

# Clerk Memo

*July 29, 2020*

Phone: (206) 624-5124
Fax: (206) 624-5282

**IN RE:**

Michael James Wood, Jr.
Becky Ann Wood
1321 Cleveland Ave
Mount Vernon, WA 98273

Chapter 13 Case # 17-15502

Deb 1 SSN: XXX-XX-2974
Deb 2 SSN: XXX-XX-0983

**Regarding: Report of Unclaimed Funds**

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court pursuant to 11 U.S.C. § 347(a) and Federal Rules of Bankruptcy Procedure 3010 and 3011.

Refund to Debtor
Address Above

Check Number: 3446309

**Amount:** $1,210.00

Sincerely,

Jason Wilson-Aguilar, Trustee
Dated: 07/29/2020

Case # 17-15502 / 0